IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOWARD NEDOSS DONTUS LEONARD,

        Petitioner,                No. CIV S-07-1471 GEB EFB P

    vs.

DARRELL WILLIAMS,

        Respondent.            ORDER

                                 /

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254.[1]  He seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915.  However, petitioner has commenced this action in the wrong district.

        Petitioner was convicted in the Los Angeles County Superior Court, but is confined in Pelican Bay State Prison.  Although both the United States District Courts for the Central and Northern Districts of California both have jurisdiction, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 499-500 (1973), witnesses and evidence necessary for the resolution of

---

[1] Petitioner has submitted his petition on a form for a proceeding brought under 28 U.S.C. § 2255, which is the form used to vacate, set aside, or correct a sentence by a person in federal custody.  Petitioner is in custody in a state prison and will need to refile his petition on the correct form for filing a petition under 28 U.S.C. § 2254.

1

1 petitioner's application are more readily available in the county of conviction. *Id.* at 499 n. 15;
2 28 U.S.C. § 2241(d).
3      Therefore, the court takes no action on petitioner's application to proceed *in forma*
4 *pauperis,* and transfers this action to the Western Division of the United States District Court for
5 the Central District of California. 28 U.S.C. §§ 84(c)(2); 1404(a).
6      So Ordered.
7 Dated: September 20, 2007.

                                         */s/ Edmund F. Brennan*
                                         EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE